DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

WILLIAM FRENTZEN (LABN 24421)
Assistant United States Attorney
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6959
    Fax: (415) 436-7234
    William.Frentzen@usdoj.gov

Attorneys for United States of America

RECEIVED
June 9, 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MARK SCHENA, <br><br> Defendant. | CASE NO. 20-mj-70721-MAG <br><br> **UNITED STATES' MOTION TO UNSEAL CRIMINAL COMPLAINT AND AFFIDAVIT AND [PROPOSED] ORDER** |

The United States, through undersigned counsel, respectfully moves this Court to unseal the Complaint in the above-captioned matter. Mr. Schena has been arrested and the operational and investigative exigencies requiring the sealing have passed.

DATED: June 9, 2020

                                              Respectfully submitted,

                                              DAVID L. ANDERSON
                                              United States Attorney

                                              _____/s/_____
                                              WILLIAM FRENTZEN
                                              Assistant United States Attorney

# [~~PROPOSED~~] ORDER

On the motion of the United States, and good cause appearing therefor, the Court HEREBY ORDERS that the Complaint and Affidavit in the above-captioned matter be unsealed.

DATED:  June 9, 2020

*Virginia K. DeMarchi*
HON. VIRGINIA D. DEMARCHI
United States Magistrate Judge

MOTION TO UNSEAL COMPLAINT AND AFFIDAVIT AND [PROPOSED] ORDER          2
20-mj-70721-MAG